**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2383**

ARASH MIRSHOKRAEI,

       Petitioner,

    v.

JEFFERSON B. SESSIONS III, Attorney General,

       Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: June 30, 2017                       Decided: July 7, 2017

Before GREGORY, Chief Judge, and DUNCAN and DIAZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Zohreh Mizrahi, MANESH & MIZRAHI, Los Angeles, California, for Petitioner. Chad A. Readler, Acting Assistant Attorney General, Jessica E. Burns, Senior Litigation Counsel, Scott M. Marconda, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arash Mirshokraei, a native and citizen of Iran, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion to reopen. We have reviewed the record and conclude that the Board did not abuse its discretion in denying the motion to reopen. *Mosere v. Mukasey*, 552 F.3d 397, 400 (4th Cir. 2009) (stating standard of review). Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*